**Order filed August 6, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00243-CV
_____

## DIANA GORDON OFFORD, WINTER GORDON, JR. AND JOYCE STEIN, Appellants

## V.

## PURPLE MARTIN LAND COMPANY, LLC, Appellee

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-225272**

# O R D E R

Appellant's brief was due July 25, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 23, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM